JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>            Plaintiff,<br><br>v.<br><br>JOSE LUIS NAVARRO D/B/A TAQUERIA LA NARANJA; RAQUEL NAVARRO; DOES 1 to 10,<br><br>            Defendants. | Case No. 2:20-CV-06485-AB (MAAx)<br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 16, 2020      _____
                               ANDRÉ BIROTTE JR.
                               UNITED STATES DISTRICT JUDGE

1.